DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ODALYS RODRIGUEZ CASAS,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-1599

[July 21, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph George Marx, Judge; L.T. Case No. 502019CA002702.

Geoffrey B. Marks of Law Offices of Geoffrey B. Marks, Coral Gables, for appellant.

Kathryn L. Ender and Freddi Mack of Lewis Brisbois Bisgaard & Smith LLP, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and FORST, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***